# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| R. SUSAN WOODS,<br>    Plaintiffs<br><br>v.<br><br>WELLS FARGO BANK, N.A., AS TRUSTEE,<br>FOR FREMONT INVESTMENT & LOAN<br>SABR 2005 - FR2 MORTGAGE PASS<br>THROUGH CERTIFICATES, SERIES 2005 -<br>FR2,<br>    Defendants | CIVIL ACTION NO.<br>3:11-cv-30216-MAP |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]   **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by the Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendant Wells Fargo Bank, N.A. as Trustee for Fremont Investment & Loan SABR 2005-FR2 Mortgage Pass Through Certificates, Series 2005-FR2, against the plaintiff R. Susan Woods, pursuant to the court's memorandum and order entered this date, granting the defendant's motion to dismiss.

                      **SARAH A. THORNTON**,
                      CLERK OF COURT

Dated: July 3, 2012                By  /s/ *Maurice G. Lindsay*
                                       Maurice G. Lindsay
                                       Deputy Clerk