# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

R. SUSAN WOODS, )
      Plaintiffs )
                          )     CIVIL ACTION NO.
      v.               )     3:11-cv-30216-MAP
                          )
WELLS FARGO BANK, N.A., AS TRUSTEE, )
FOR FREMONT INVESTMENT & LOAN )
SABR 2005 - FR2 MORTGAGE PASS )
THROUGH CERTIFICATES, SERIES 2005 - )
FR2, )
      Defendants )

## JUDGMENT IN A CIVIL CASE

### Michael A. Ponsor, D.J.

[ ]    **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]    **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendant Wells Fargo Bank, N.A. as Trustee for Fremont Investment & Loan SABR 2005-FR2 Mortgage Pass Through Certificates, Series 2005-FR2, against the plaintiff R. Susan Woods, pursuant to the court's memorandum and order entered this date, granting the defendant's motion to dismiss.

                               **SARAH A. THORNTON**,
                               CLERK OF COURT

Dated: July 3, 2012             By  /s/ *Maurice G. Lindsay*
                              Maurice G. Lindsay
                              Deputy Clerk